# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2008

136803 & (65)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

OLIVER/HATCHER CONSTRUCTION AND
DEVELOPMENT, INC.,
　　　　　Plaintiff-Appellee,

v

SHAIN PARK ASSOCIATES,
　　　　　Defendant-Appellant.

SC: 136803
COA: 275500
Oakland CC: 06-077442-CZ

_____/

　　　On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the May 22, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2008

_____
Clerk